### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:08CR00054-07 JLH

JASON GILBERT

### ORDER

Jason Gilbert has filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The Court orders the United States to respond to the motion within thirty days from the entry of this Order.

IT IS SO ORDERED this 16th day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE